AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

NISREEN KHOKHAR, JESSIE RUBIN AND COURTLAND BUCHANAN, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CLAIRE SHIPMAN, UNIVERSAL PROTECTION SERVICE LLC D/B/A ALLIED UNIVERSAL SECURITY SERVICES, PINKERTON CONSULTING & INVESTIGATIONS INC., SANDY LAGUERRE, LEO CHANG, VICTOR GARCIA, JOHN/JANE DOE COLUMBIA PUBLIC SAFETY OFFICERS AND/OR SPECIAL PATROLMEN 1-25, and JOHN/JANE DOE ALLIED UNIVERSAL SECURITY OFFICERS 1-10, GREGORY J. WAWRO, JEFFREY W. KYSAR, MICHAEL TING, ELISA KONOFAGOU, LUIS BELLO, PAUL SCHUCHERT, individually and in their official capacities

*Defendant(s)*

Civil Action No. 26-cv-8135

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Aboushi Law Firm PLLC
Tahanie A. Aboushi
4922 4th Avenue, 2nd Floor
Brooklyn, NY 11220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/21/2026

Tammi M. Hellwig

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-8135

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

**<u>Summons Rider</u>**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Case No. 26-cv-8135**

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK**
630 W. 168th St., 4th Floor
NEW YORK, NY 10032

**CLAIRE SHIPMAN**
[personal address unknown or omitted for privacy]

**UNIVERSAL PROTECTION SERVICE LLC D/B/A ALLIED UNIVERSAL SECURITY SERVICES**
123 William St. 7th Floor
New York, NY 10038

**PINKERTON CONSULTING & INVESTIGATIONS INC.**
101 N Main ST, Suite 300
Ann Arbor, MI 48104

**SANDY LAGUERRE**
[personal address unknown or omitted for privacy]

**LEO CHANG**
[personal address unknown or omitted for privacy]

**VICTOR GARCIA**
[personal address unknown or omitted for privacy]

**GREGORY J. WAWRO**
[personal address unknown or omitted for privacy]

**JEFFREY W. KYSAR**
[personal address unknown or omitted for privacy]

**MICHAEL TING**
[personal address unknown or omitted for privacy]

**ELISA KONOFAGOU**
[personal address unknown or omitted for privacy]

**LUIS BELLO**
[personal address unknown or omitted for privacy]

**PAUL SCHUCHERT**
[personal address unknown or omitted for privacy]