AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Nisreen Khokhar et al.
*Plaintiff*
v.
Trustees of Columbia University in the City of New York et al.
*Defendant*

Case No. 1:26-cv-08135-LAK

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 10/21/26

*Attorney's signature*

Ezra Ritchin, 6085054
*Printed name and bar number*

Ritchin Law PLLC
367 St. Marks Ave, #1132
Brooklyn, NY 11238
*Address*

ezra@ritchinlaw.com
*E-mail address*

917-725-0116
*Telephone number*

*FAX number*

Print Save As... Reset