# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

**Ms. Megan Poitevint Mitchell**
**Arnall Golden Gregory LLP**
**171 17th Street NW Suite 2100**
**Atlanta, GA 30363**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **11/10/2011** |
| **BAR NUMBER:** | **916934** |
| **TODAY'S DATE:** | **11/04/2026** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

**Official Representative of the State Bar of Georgia**