IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NISREEN KHOKHAR, JESSIE RUBIN AND COURTLAND BUCHANAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CLAIRE SHIPMAN, UNIVERSAL PROTECTION SERVICE LLC D/B/A ALLIED UNIVERSAL SECURITY SERVICES, PINKERTON CONSULTING & INVESTIGATIONS INC., SANDY LAGUERRE, LEO CHANG, VICTOR GARCIA, JOHN/JANE DOE COLUMBIA PUBLIC SAFETY OFFICERS AND/OR SPECIAL PATROLMEN 1-25, and JOHN/JANE DOE ALLIED UNIVERSAL SECURITY OFFICERS 1-10, GREGORY J. WAWRO, JEFFREY W. KYSAR, MICHAEL TING, ELISA KONOFAGOU, LUIS BELLO, PAUL SCHUCHERT, individually and in their official capacities,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-08135-LAK<br><br>**MOTION FOR ADMISSION PRO HAC VICE FOR KELSEY V. O'NEILL** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Kelsey V. O'Neill hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Pinkerton Consulting & Investigations, Inc. in the above-captioned action.

I am in good standing in the bar of the State of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 5, 2026.

Respectfully submitted,

/s/ Kelsey V. O'Neill
Kelsey V. O'Neill, Georgia Bar No. 695854
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Phone: 404-873-8610
Email: kelsey.oneill@agg.com