IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NISREEN KHOKHAR, JESSIE RUBIN AND COURTLAND BUCHANAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CLAIRE SHIPMAN, UNIVERSAL PROTECTION SERVICE LLC D/B/A ALLIED UNIVERSAL SECURITY SERVICES, PINKERTON CONSULTING & INVESTIGATIONS INC., SANDY LAGUERRE, LEO CHANG, VICTOR GARCIA, JOHN/JANE DOE COLUMBIA PUBLIC SAFETY OFFICERS AND/OR SPECIAL PATROLMEN 1-25, and JOHN/JANE DOE ALLIED UNIVERSAL SECURITY OFFICERS 1-10, GREGORY J. WAWRO, JEFFREY W. KYSAR, MICHAEL TING, ELISA KONOFAGOU, LUIS BELLO, and PAUL SCHUCHERT, individually and in their official capacities,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-08135-LAK<br><br>**AFFIDAVIT OF KELSEY V. O'NEILL IN SUPPORT OF HER APPLICATION FOR ADMISSION PRO HAC VICE** |

**AFFIDAVIT OF KELSEY V. O'NEILL**

COMES NOW, Kelsey V. O'Neill, in support of her application for admission *pro hac vice* in the above-captioned matter, swears under penalty of perjury that the following statements are true and correct:

A. I have never been convicted of a felony;

B. I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and

C. There are not and have never been any disciplinary proceedings presently against me.

Dated: November 5, 2026.

Respectfully submitted,

Kelsey V. O'Neill, Georgia Bar No. 695854
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Phone: 404-873-8610
Email: kelsey.oneill@agg.com

Subscribed and sworn to before me
this 5th day of November, 2026.

Notary Public

HEATHER K RIOPEL
NOTARY PUBLIC
GEORGIA
DEKALB COUNTY