IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NISREEN KHOKHAR, JESSIE RUBIN AND COURTLAND BUCHANAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CLAIRE SHIPMAN, UNIVERSAL PROTECTION SERVICE LLC D/B/A ALLIED UNIVERSAL SECURITY SERVICES, PINKERTON CONSULTING & INVESTIGATIONS INC., SANDY LAGUERRE, LEO CHANG, VICTOR GARCIA, JOHN/JANE DOE COLUMBIA PUBLIC SAFETY OFFICERS AND/OR SPECIAL PATROLMEN 1-25, and JOHN/JANE DOE ALLIED UNIVERSAL SECURITY OFFICERS 1-10, GREGORY J. WAWRO, JEFFREY W. KYSAR, MICHAEL TING, ELISA KONOFAGOU, LUIS BELLO, PAUL SCHUCHERT, individually and in their official capacities,<br><br>Defendants. | ) | CIVIL ACTION NO. 1:26-cv-08135-LAK<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of the undersigned as counsel of record for Defendant Pinkerton Consulting & Investigations, Inc. Further, the undersigned requests that all notices give or required to be served in this case be given to and served upon the undersigned.

Dated: November 6, 2026.


*/s/ Jordyn L. Simon*
Jordyn L. Simon
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Phone: 404-873-8502
Fax: 404-873-8503
jordyn.simon@agg.com

*Attorney for Defendant Pinkerton Consulting & Investigations, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that on November 6, 2026, I have caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: November 6, 2026.

*/s/ Jordyn L. Simon*
Jordyn L. Simon



AGG\4915-7802-5438.v1-11/4/26