UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Nisreen Khokhar, et al.,

Plaintiff(s), 26-CV-8135 (LAK)

v.

The Trustees of Columbia University In The City of New York, et al.,

Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Consent Scheduling Order

Upon consent of the parties, it is hereby ORDERED as follows:

1. No additional parties may be joined after Three months after Court's order on defendants' motion(s) to dismiss.

2. No amendments to the pleadings will be permitted after Three months after Court's order on defendants' motion(s) to dismiss.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) expert witnesses on or before Four months after Court's order on defendants' motion(s) to dismiss.

   (b) rebuttal expert witnesses on or before Five months after Court's order on defendants' motion(s) to dismiss.

4. All discovery, including any depositions of experts, shall be completed on or before Seven months after Court's order on defendants' motion(s) to dismiss. .

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before Nine months after Court's order on defendants' motion(s) to dismiss.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: October 7, 20226

____________________________

Lewis A. Kaplan
United States District Judge

CONSENTED TO: [signatures of all counsel]