**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NISREEN KHOKHAR, et al.,

*Plaintiffs,*

v.

TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, et al.,

*Defendants.*

No. 1:26 Civ. 08135 (LAK)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Defendants Trustees of Columbia University in the City of New York, Claire Shipman, Sandy Laguerre, Leo Chang, Gregory J. Wawro, Jeffrey W. Kysar, Michael Ting, Elisa Konofagou, Luis Bello, and Paul Schuchert in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
November 6, 2026

Respectfully submitted,

/s/ *Gabrielle E. Tenzer*

Gabrielle E. Tenzer
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
gtenzer@heckerfink.com

*Counsel for Defendants Trustees of Columbia University in the City of New York, Claire Shipman, Sandy Laguerre, Leo Chang, Gregory J. Wawro, Jeffrey W. Kysar, Michael Ting, Elisa Konofagou, Luis Bello, and Paul Schuchert*