**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NISREEN KHOKHAR, et al.,<br>*Plaintiffs,*<br>v.<br>TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, et al.,<br>*Defendants.* | No. 1:26 Civ. 08135 (LAK) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Defendants Trustees of Columbia University in the City of New York, Claire Shipman, Sandy Laguerre, Leo Chang, Gregory J. Wawro, Jeffrey W. Kysar, Michael Ting, Elisa Konofagou, Luis Bello, and Paul Schuchert in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: Los Angeles, California
November 6, 2026

Respectfully submitted,

/s/ *Matthew J. Craig*

Matthew J. Craig
HECKER FINK LLP
1019 E. 4th Place, 3rd Floor
Los Angeles, CA 90013
(212) 763-0883
mcraig@heckerfink.com

*Counsel for Defendants Trustees of Columbia University in the City of New York, Claire Shipman, Sandy Laguerre, Leo Chang, Gregory J. Wawro, Jeffrey W. Kysar, Michael Ting, Elisa Konofagou, Luis Bello, and Paul Schuchert*