UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NISREEN KHOKHAR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, *et al.*,<br><br>Defendants. | No. 26 Civ. 8135 (LAK)<br><br>NOTICE OF APPEARANCE |

Please take notice that the undersigned, Melissa Danzo of KKL LLP, hereby enters her appearance as counsel for Defendant UNIVERSAL PROTECTION SERVICE LLC D/B/A ALLIED UNIVERSAL SECURITY SERVICES in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: November 11, 2026

Respectfully submitted,

/s/ *Melissa C. Danzo*

Melissa C. Danzo
KKL LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9566
Melissa.Danzo@KKLllp.com