# AFFIDAVIT OF SERVICE

INDEX #: **1:26-CV-08135-LAK**
DATE FILED: **9/21/2026**
ATTORNEY: **THE ABOUSHI LAW FIRM, PLLC**
**1441 BROADWAY 5TH FLOOR NEW YORK NY 10018 (212)391-8500**

**UNITED STATES DISTRICT COURT FOR THE**
SOUTHERN DISTRICT OF NEW YORK

**NISREEN KHOKHAR, ET AL**
Plaintiff(s)
- against -
**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, ET AL**
Defendant(s)

**STATE OF NEW YORK:**
**COUNTY OF ALBANY: ss:**

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **11/10/2026, 03:45PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT** upon **UNIVERSAL PROTECTION SERVICE, LLC S/H/A UNIVERSAL PROTECTION SERVICE LLC D/B/A ALLIED UNIVERSAL SECURITY SERVICES**, a defendant in the above captioned matter.

Deponent served **SHADIA EADDY**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **303** of the **NY LIMITED LIABILITY COMPANY LAW.**

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender **F** Approximate age **28** Approximate height **5'06"** Approximate weight **145** Perceived Race **BLACK**
Color of hair **BLACK**

Sworn to before me on 11/11/2026
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2030

X S. Marie
STEF MARIE

**COMPLIANT PROCESS SERVICE INC**
**2648 MONTAUK AVENUE MERRICK, NY 11566 (516)967-5246**