November 24, 2026

**BY CM/ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Khokhar, et al. v. The Trustees of Columbia University in the City of New York, et al.*, 26 Civ. 8135 (LAK)

Dear Judge Kaplan:

We write on behalf of all parties in the above-referenced action to provide the Court with a joint scheduling proposal for Defendants' anticipated motions to dismiss, consistent with the Court's directive at the November 10, 2026 conference.

The parties have conferred with respect to an efficient way forward. Although Defendants were amenable to providing an outline of their anticipated motions, Plaintiffs do not believe that they would have a sufficient opportunity to consider a potential amendment without seeing full motions. The parties have nevertheless worked together to develop the following joint proposal:

- By January 19, 2027 (*i.e.*, 60 days from the date of the last Defendant's waiver of service), Defendants would file their motions to dismiss.

- Plaintiffs would then have 45 days to oppose Defendants' motions to dismiss or to file an amended complaint.

- In the event that Plaintiffs oppose Defendants' motions to dismiss, Defendants would have 30 days to reply.

- In the event that Plaintiffs file an amended complaint, Defendants would have 45 days to file renewed motions to dismiss; Plaintiffs would have 45 days to oppose those motions; and Defendants would have 30 days to reply.

For all motion to dismiss briefing, the Columbia Defendants (*i.e.*, The Trustees of Columbia University in the City of New York, Claire Shipman, Sandy Laguerre, Leo Chang, Gregory J. Wawro, Jeffrey W. Kysar, Michael Ting, Elisa Konofagou, Luis Bello, and Paul Schuchert) would file the principal brief on Defendants' side, and the remaining Defendants would file shorter briefs addressing issues unique to them and otherwise incorporating the Columbia Defendants' arguments.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Tahanie A. Aboushi*

Tahanie A. Aboushi
The Aboushi Law Firm, PLLC
1441 Broadway, 5th Floor
New York, New York 10018
Telephone: (212) 391-8500
tahanie@aboushi.com

*Counsel for Plaintiffs*

*/s/ Matthew J. Craig*

Matthew J. Craig
Hecker Fink LLP
1019 East 4th Place, 3rd Floor
Los Angeles, California 90013
Telephone: (212) 763-0883
mcraig@heckerfink.com

*Counsel for the Columbia Defendants*

*/s/ Megan P. Mitchell*

Megan P. Mitchell
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8164
megan.mitchell@agg.com

*Counsel for Defendants Pinkerton Consulting & Investigations, Inc. and Vincent Garcia*

*/s/ Rebecca Tinio*

Rebecca Tinio
KKL LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
Telephone: (212) 390-9567
Rebecca.Tinio@KKLllp.com

*Counsel for Defendant Universal Protection Service LLC d/b/a Allied Universal Security Services*